**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RED MANSION, LLC d/b/a NOAMI VILLAGE RESORT,<br><br>    Plaintiff,<br><br>    v.<br><br>KEB HANA BANK USA, NATIONAL ASSOCIATION,<br><br>    Defendant. | NO. 3:17-CV-1626<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 28th day of March, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 22) filed by Defendant KEB Hana Bank USA, National Association ("the Bank") is **GRANTED** as to Counts I, II, III, IV, V, VI, and VII of Plaintiff's Complaint.

(2) Judgment is **ENTERED** in **FAVOR** of Defendant and **AGAINST** Plaintiff.

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

                                                      /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge